UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

**FILED**
DEC 0 8 2009

CLERK

---

UNITED STATES OF AMERICA  5:00CR50105-001

Plaintiff,  ORDER TERMINATING
CONTINUING GARNISHMENT

v.

PATSY SHULTZ

Defendant,

and

GOOD SAMARITAN SOCIETY-NEW UNDERWOOD,
NEW UNDERWOOD, SD,
and its successors or assigns

Garnishee.

---

Based upon the Motion for Termination of Continuing Garnishment With Final Accounting on file herein, and pursuant to 28 U.S.C. §3205(c)(10)(B), it is

ORDERED that the garnishment herein is hereby terminated by order of this Court.

DATED: 12-4-09

BY THE COURT:

RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE